Harry Bendheim v. May Bendheim.— Motion to dismiss appeal granted. Present — Dowling. P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Lordi Construction Co., Inc., v. 140th Street Storage Corporation and Another, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Irving H. Lambert v. Toni Katz.— Motion to dismiss appeal denied.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Evco Holding Corporation v. I. Greenbaum & Sons Co , Inc.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Evco Holding Corporation v. I. Greenbaum & Sons Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Evco Holding Corporation v. I. Greenbaum & Sons Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Evco Holding Corporation v. I. Greenbaum & Sons Co., Inc.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Bronx Borough Plumbing Co., Inc., v. Samuel Bandler, Individually and as Administrator, etc., of Theresa Bandler, Deceased, and Others.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Morris Iser, Doing Business, etc., v. Basser's Textile Clearing House, Inc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant stipulate that if the case be not reached for argument by June 7, 1928, it will be submitted on that day.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

The Equitable Trust Company of New York, etc., and Another, as Executors, etc., of Matthew G. Collins, Deceased v. William Murdock.— Motion to dismiss appeal denied.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Jane Touhey v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

The People of the State of New York v. Felix Silvii.— Motion to dismiss appeal granted.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Joseph Blankfort v. Winfield A. Foreman.— Application denied, with ten dollars costs, and stay vacated.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

Margaret Gaynor, an Infant, etc., v. B. J. & L. V. Weil, Inc.— Application denied, with ten dollars costs, and stay vacated.    Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.